

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2015

No. 04-15-00211-CR

Carl C. **ROSS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4661B
Honorable Mary D. Roman, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to August 28, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Michael D. Robbins                  Nicolas A. LaHood
       Bexar County Public Defender's Office    District Attorney, Bexar County
       101 W. Nueva, Ste. 370              101 W. Nueva, Suite 370
       San Antonio, TX 78205-3440          San Antonio, TX 78205